UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

CIVIL ACTION NO. CV-12 4408

JONATHAN K. SMITH,
                  Plaintiff(s),
-against-
VINCENT FREDRICO, ET AL,
                  Defendant(s),

AFFIDAVIT OF SERVICE

Nassau County, New York State: **KENNETH LETTAU**
Being sworn says: Deponent is not a party herein, is over 18 years of age and resides in
**NEW YORK STATE**
On **SEPTEMBER 7, 2012** at **1:10 PM** at **555 ROUTE 109 WEST BABYLON, NY 11704**
Deponent served the within **SUMMONS AND COMPLAINT WITH EXHIBITS, NOTICE OF MOTION AND EXHIBITS**
On which were set forth the Civil Action No. herein,
On **ROBERT TROTTA**
**SUFFOLK COUNTY POLICE DEPARTMENT- 1ST PRECINCT**

| | |
|---|---|
| **Suitable age Person** {XXX} | by delivering a true copy to **CHRISTINA CALDEA- CO-WORKER** a person of suitable age and discretion. Said premises is recipient's: {XXX} actual place of business { } dwelling place/usual place of abode |
| **Mailing** {XXX} | Deponent also mailed a copy of same Post Paid by first class mail properly addressed to defendant(s) at the aforementioned address in an envelope marked "Personal and Confidential" and not indicating that the communication was from an attorney or concerned an action against the defendant(s) and deposited said envelope in a post office official depository under exclusive care and custody of the United States Postal Service within New York State on **SEPTEMBER 10, 2012** |
| **Description** {XXX} | Sex: FEMALE   Color/Skin: WHITE   Hair: BROWN   Age (approx): 28-40 yrs Height (approx): 5'4"-5'6"   Weight (approx): 120-135 LBS   Other: |
| **Military Service** {XXX} | I asked the person to whether recipient was in active military service of the United States or the State of New York in any capacity whatever and received a negative reply. Recipient wore civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and observations above narrated. |

Sworn to before me on SEPTEMBER 11, 2012

_____
                                                    KENNETH LETTAU

# 20120906105725

GUARANTEED SUBPOENA SERVICES
2009 MORRIS AVE
UNION, NJ 07083
(800) PROCESS

