BEFORE: **E. THOMAS BOYLE**
UNITED STATES MAGISTRATE JUDGE

DATE: OCTOBER 19, 2012
TIME: 11:00 A.M.

ASSIGNED JUDGE: **SPATT**

DOCKET NO. **CV-12-4408** CASE **SMITH   V.   FREDRICO**

### CIVIL CONFERENCE

Initial X_ Status_ Discovery__ Settlement __ Final Pre-trial__

Motion :

Automatic Discovery: Has been (_____)   Has Not Been (_____) Completed.

APPEARANCES:   Plaintiff                              Defendant

Scott Moore                          Chris P. Termini
                                     Diane C. Leonardo

* Discovery completed by _____

*The discovery completion date specified in any pre-trial order is the last day to serve discovery responses. To be timely, discovery requests must be served sufficiently in advance of the discovery completion date for responses to be served prior to the discovery completion date.

Next _____ conference   10/30/12 at 2:00 pm by phone.

Pre-Trial Order filed by _____

Plaintiff _____

Defendant _____

THE FOLLOWING RULINGS WERE MADE:

1. Plaintiff(s) shall serve all automatic disclosure (Rule 26(a)(1)) by _____
   Defendant(s) shall serve all automatic disclosure (Rule 26(a)(1)) by _____

2. The parties shall serve document production/interrogatory demands by _____
   The parties shall respond to outstanding document production/
   interrogatories by _____

Oral Argument on plaintiff's motion for a preliminary injunction is re: scheduled to 10/30/12 at 2:00 pm.

So ordered

E. THOMAS BOYLE, MJ