

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUL 25 2013 ★

LONG ISLAND OFFICE

JONATHAN K. SMITH, a member of the
Shinnecock Indian Nation,

        Plaintiff,

- against -

VINCENT FREDRICO, in his individual and
official capacity as Patrol Officer,
Suffolk County Police Department,
ROBERT TROTTA, in his individual and
Official capacity as Detective, Suffolk County
Police Department, and
JOHN DOES 1-10,

        Defendants.

Case No.: cv 12-4408 (ADS)(ETB)

## STIPULATION OF VOLUNTARY DISMISSAL

Plaintiff Jonathan K. Smith, defendant Vincent Fredrico, and defendant Robert Trotta, ("the defendants"), hereby stipulate by and through their undersigned attorneys of record that the claims of the plaintiff against the defendants in the above-captioned action are hereby dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Each party shall bear its own costs including attorneys' fees.

Dated: July 19, 2013

LORETTA E. LYNCH
United States Attorney
 Attorney for Defendant Robert Trotta
610 Federal Plaza
Central Islip, New York 11722

BY: _____
Diane C. Leonardo
(631) 715-7854

_____
Scott Michael Moore, Esq.
MOORE INTERNATIONAL LAW PLLC
Attorneys for Plaintiff Jonathan K. Smith
45 Rockefeller Plaza, Suite 2000
New York, New York 10111
Tel.: 212.332.3474
Fax.: 212.332.3475
smm@milopc.com

Christopher A. Jeffrey
Assistant County Attorney
Department of Law
Suffolk County
Attorneys for Defendant Vincent Fredrico
H. Lee Dennison Building
100 Veterans Memorial Highway
Hauppauge, NY 11788

So ordered
Case Closed
/s/ Arthur D. Spatt

---

Arthur D. Spatt, U.S.D.J.
7/15/13